Morin I. Jacob, Bar No. 204598
mjacob@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA 94107

Telephone: (415) 512-3000
Facsimile: (415) 856-0306

Attorneys for Defendants
COUNTY OF HUMBOLDT and
MICHAEL DOWNEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT J. FALK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF HUMBOLDT; MICHAEL DOWNEY, in his official capacity as Sheriff of the County of Humboldt;<br><br>Defendants. | Case No. CV12-2938 CRB<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE AND SERVE A RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>Complaint Served: July 9, 2012<br>Current Response Date: July 30, 2012<br>New Response Date: August 10, 2012 |

IT IS HEREBY STIPULATED AND AGREED, pursuant to Local Rule 6.1(a), by and between Plaintiff, ROBERT J. FALK, and Defendants, COUNTY OF HUMBOLDT and MICHAEL DOWNEY, through their respective counsels of record, that Defendants shall have up to and including August 10, 2012 to file and serve a response to the Complaint in the above-entitled action.

Dated: July 19, 2012

LIEBERT CASSIDY WHITMORE

By: _____
Morin I. Jacob
Attorneys for Defendants
COUNTY OF HUMBOLDT and
MICHAEL DOWNEY

200916.1 HU355-001

1

CV12-2939-CRB

STIPULATION AND ORDER

| | | |
|---|---|---|
| 1 | Dated: July 20, 2012 | WOLK LEVINE & TROTTER, LLP |
| 2 | | |
| 3 | | By: /s/ Jessica Trotter |
| 4 | | Jessica N. Trotter<br>Attorneys for Plaintiff |
| 5 | | ROBERT J. FALK |

**IT IS SO ORDERED**

Dated: July 23, 2012

_____
District Judge Charles R. Breyer

IT IS SO ORDERED
Judge Charles R. Breyer

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA 94107

200916.1 HU355-001         2         CV.12-2939-CRB
STIPULATION AND ORDER