SARAH R. WOLK (SBN 251461)
WOLK LEVINE & TROTTER, LLP
550 N. Brand Blvd., Ste 625
Glendale, CA 91203
Tel: (818) 241-7499
Fax: (323) 892-2324

Attorneys for Plaintiff
ROBERT FALK

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT FALK, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF HUMBOLDT; MICHAEL DOWNEY, in his official capacity as Sheriff of the County of Humboldt,<br><br>Defendants. | CASE NO.: CV12-02938 CRB<br><br>**NOTICE RE: SETTLEMENT OF THE CASE AND PLAINTIFF'S REQUEST FOR DISMISSAL WITH PREJUDICE**<br><br>**ORDER** |

Plaintiff ROBERT FALK hereby, by and through his counsel, requests as follows:

Whereas the parties in this matter held a Mediation on April 8, 2013 and reached a full and complete settlement of the case.

Thus Plaintiff respectfully asks the court to:

1. Vacate all court dates and briefing schedules in this matter.

---
1
**NOTICE RE: SETTLEMENT OF THE CASE AND REQUEST FOR DISMISSAL WITH PREJUDICE**

2. Dismiss the case with prejudice.

DATED: April 17, 2013                    WOLK LEVINE & TROTTER, LLP


             /s/ Sarah R. Wolk
By:  Sarah R. Wolk
Attorneys for Plaintiff
ROBERT FALK


### ORDER

Based on parties Settlement, this matter is dismissed with prejudice. All further dates and briefing schedules are also ordered vacated.

**IT IS SO ORDERED.**

Dated: April 18, 2013

_____
District Judge Charles R. Breyer

2
**NOTICE RE: SETTLEMENT OF THE CASE AND REQUEST FOR DISMISSAL WITH PREJUDICE**